No. 01–270.   YELLOW TRANSPORTATION, INC. *v.* MICHIGAN ET AL.   Sup. Ct. Mich.   The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 00–5598.   GRIFFIN *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied.   Petitioner is allowed until October 30, 2001, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 01–5720.   IN RE JONES;
No. 01–6242.   IN RE EL-TABECH; and
No. 01–6297.   IN RE BROWN.   Petitions for writs of habeas corpus denied.

No. 01–6654 (01A317).   IN RE WARD.   Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.   Petition for writ of habeas corpus denied.

No. 01–5738.   IN RE GRAY; and
No. 01–5969.   IN RE KAHL.   Petitions for writs of mandamus denied.

No. 01–385.   IN RE VEY.   Petition for writ of mandamus and/or prohibition denied.

No. 00–1707.   KLEVE *v.* HILL, WARDEN, ET AL.   C. A. 9th Cir. Certiorari denied.

No. 00–1829.   ADVANCED STRETCHFORMING INTERNATIONAL, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 00–1916.   WALTON *v.* TENNESSEE.   Sup. Ct. Tenn.   Certiorari denied.

No. 00–1924.   B. J. M. *v.* FAMILY OPTIONS ET AL.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 00–1927.   ODEN *v.* OKTIBBEHA COUNTY, MISSISSIPPI, ET AL.; and